JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY BARKER,** | Case No. CV15-1343 DSF (PJW) |
| Plaintiff, | **ORDER** |
| v. | |
| **J. TOLBERT, et al.,** | |
| Defendants. | |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action. The Court shall retain jurisdiction for the sole purpose of enforcement of the terms of the settlement agreement between the parties.

IT IS SO ORDERED.

Dated: 4/5/16

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1